**Diane Rhodes LYONS; et al.,**
**Plaintiffs—Appellants,**

v.

**ESTATE OF Millie White ROMERO;**
**et al., Defendants—Appellees.**

**No. 06–16168.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2008.*

Filed March 26, 2008.

Diane Rhodes Lyons, pro se, Albert Rhodes, Jr., Las Vegas, NV, for Plaintiffs–Appellants.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

Diane Rhodes Lyons and Albert Rhodes, Jr. appeal pro se from the district court's judgment affirming a decision by the Interior Board of Indian Appeals that denied appellants' challenge to their mother's will. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *see Williams v. Clark*, 742 F.2d 549, 550–51 (9th Cir. 1984), and we affirm.

The district court properly rejected appellants' equal protection challenge to 25 U.S.C. § 373 because the statute does not involve a suspect classification or a funda-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

mental right, and appellants failed to negate "every conceivable basis which might support" Congress's decision to allow Native American Indians to devise their allotments to persons other than their children. *Heller v. Doe,* 509 U.S. 312, 319–21, 113 S.Ct. 2637, 125 L.Ed.2d 257 (1993).

To the extent appellants preserved for appeal their remaining contentions, those contentions are unpersuasive.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.